**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Paul**<br>First name<br><br>**Michael**<br>Middle name<br><br>**McGoey**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2428 |  |

Debtor 1   **Paul Michael McGoey**                                    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br>_____<br>EINs |
| **5.** Where you live | **425 East 10th Ave.**<br>**Covington, LA 70433**<br>_____<br>Number, Street, City, State & ZIP Code<br><br>**Saint Tammany**<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

| Debtor 1 | **Paul Michael McGoey** | Case number *(if known)* |
|---|---|---|

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **Lisa Musselwhite McGoey** | Relationship to you | **Wife** |
|---|---|---|---|
| District | **Eastern** | When | **10/15/19** | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Paul Michael McGoey**                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Paul Michael McGoey**                                            Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Paul Michael McGoey** | Case number *(if known)* |
|---|---|---|

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

| 17. | Are you filing under Chapter 7? | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
|---|---|---|---|
| | Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors? | ■ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |

■ No

☐ Yes

---

| 18. | How many Creditors do you estimate that you owe? | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

---

| 19. | How much do you estimate your assets to be worth? | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| 20. | How much do you estimate your liabilities to be? | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Paul Michael McGoey**

| **Paul Michael McGoey** | | Signature of Debtor 2 |
|---|---|---|
| Signature of Debtor 1 | | |

| Executed on | **October 15, 2019** | Executed on | |
|---|---|---|---|
| | MM / DD / YYYY | | MM / DD / YYYY |

---

Debtor 1    **Paul Michael McGoey**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ Wilbur J. "Bill" Babin, Jr.** | Date    **October 15, 2019** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**Wilbur J. "Bill" Babin, Jr. 1214**
Printed name

**The Derbes Law Firm, LLC**
Firm name

**3027 Ridgelake Drive**
**Metairie, LA 70002**
Number, Street, City, State & ZIP Code

Contact phone   **(504) 837-1230**                    Email address

**1214 LA**
Bar number & State

---

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Paul Michael McGoey** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..........................................................................  $           313,558.00

   1b. Copy line 62, Total personal property, from Schedule A/B...................................................................  $           255,991.09

   1c. Copy line 63, Total of all property on Schedule A/B.............................................................................  $           569,549.09

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...*  $           1,018,038.73

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................  $                  0.00

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................  $           1,493,221.61

   **Your total liabilities**  $           2,511,260.34

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*..................................................................  $            21,236.43

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.........................................................................  $            28,100.44

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑  Yes

7. **What kind of debt do you have?**

   ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑  **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1   **Paul Michael McGoey**                                          Case number *(if known)*

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul Michael McGoey** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Paul Michael McGoey** | X _____ |
|---|---|
| **Paul Michael McGoey** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **October 15, 2019** | Date _____ |

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul Michael McGoey** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an
  amended filing

---

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$104,575.00** | ■ Wages, commissions, bonuses, tips | **$52,674.97** |
| | ☐ Operating a business | | ☐ Operating a business | |

---

Debtor 1 **Paul Michael McGoey**                                  Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $101,638.40 | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $65,683.32 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $208,269.14 | ■ Wages, commissions, bonuses, tips<br>□ Operating a business | $61,508.36 |

5. **Did you receive any other income during this year or the two previous calendar years?**

    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    □ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Redemption and Surrender Agreement, Release and Indemnity Agreement with New Orleans Hamburger and Seafood Company, et. al.** | $336,000.00 | | |
| | **Well Fargo -IRA** | $87,162.01 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | **Wells Fargo IRA** | $269,600.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | **Federal Tax Refund** | $56,607.00 | | |
| | **State Tax Refund** | $11,279.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    □ No.   Go to line 7.

    ■ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Paul Michael McGoey** | Case number *(if known)* |
|---|---|---|

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **PNC Bank**<br>**PO Box 1820**<br>**Dayton, OH 45401-1820** | **8/03/2019 -**<br>**$2,487.78**<br>**9/03/2019 -**<br>**$2,487.78**<br>**10/03/2019 -**<br>**$2,487.78** | **$7,463.34** | **$299,028.99** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Gulf Coast Bank**<br>**Attn:  Michael Carter**<br>**200 St. Charles Avenue**<br>**New Orleans, LA 70130** | **8/7/2019 -**<br>**$3,200.00**<br>**8/9/2019 -**<br>**$3,142.23**<br>**8/14/2019 -**<br>**$8,984.75** | **$15,326.98** | **$155,069.25** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other__Unsecured loan__ |
| **Gulf Coast Bank**<br>**Attn:  Michael Carter**<br>**200 St. Charles Avenue**<br>**New Orleans, LA 70130** | **7/30/2019  -**<br>**$2,348.37**<br>**8/15/2019 -**<br>**$472.29**<br>**9/13/2019 -**<br>**$2,335.11**<br>**9/18/2019 -**<br>**$2,335.11** | **$7,490.88** | **$310,841.05** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other__Unsecured loan__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Frank McGoey**<br>**400 W. 30th Street**<br>**New Orleans, LA 70124** | **June, 2019** | **$15,000.00** | **$0.00** | **Payment in accordance with terms of agreement with brother** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Debtor 1    **Paul Michael McGoey**                                                     Case number *(if known)*

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ■ No
- ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ■ No
- ☐ Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☐ No
- ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Lloyd Simmons<br>2940 St. Roch Avenue<br>New Orleans, LA 70122 | 2004 Honda Motorcycle | September 18, 2019 | $1,600.00 |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☐ No
- ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| VOA Southeast Chapter<br>4152 Canal Street<br>New Orleans, LA 70119 | Yearly Charitable Giving | 08/5/2018 | $2,500.00 |

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page 4

| Debtor 1 | **Paul Michael McGoey** | Case number *(if known)* |
|---|---|---|

---

| **Part 6:** | **List Certain Losses** |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus Credit Counseling**<br>**www.abacuscc.org** | **Credit Counseling** | **10/6/2019** | **$25.00** |
| **The Derbes Law Firm, LLC**<br>**3027 Ridgelake Drive**<br>**Metairie, LA 70002** | **Attorney fee - $12,000.00**<br>**Filing fee - $335.00** | **10/9/2019** | **$12,335.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **New Orleans Hamburger and Seafood Co.**<br>**Gary& Sander Weiner & Norris Gremillion**<br>**Blue, Williams, LLP**<br>**3421 N. Causeway Blvd., #900**<br>**Metairie, LA 70002** | **Redemption and Surrender Agreement, Release and Indemnity Agreement with New Orleans Hamburger and Seafood Company, et. al.** | **6/3/19 -$300,000.00**<br>**Note for $216,000.00** | **signed effective 12/27/2018** |

---

Debtor 1    **Paul Michael McGoey**

Case number (*if known*)

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Patrick McGoey**<br>**909 Poydras Street**<br>**Suite 1600**<br>**New Orleans, LA 70112**<br><br>**Brother** | **Debtor sold his 50% interest in MCGOBROS LLC to Patrick McGoey.** | **Debtor received $112,500.00** | **August 8, 2018** |
| **One Pack HG Management, LLC**<br>**900 Camp Street**<br>**New Orleans, LA 70130** | **Net loans from Paul McGoey for payroll or operations: $204,372.92** | | **2019** |
| **One Pack Hospitality Group, LLC**<br>**900 Camp Street**<br>**New Orleans, LA 70130**<br><br>**Debtor owns 50% of One Pack Hospitality Group, LLC** | **Net loans from Paul McGoey for payroll or operations: $61,313.00** | | **2019** |
| **OPHG Baton Rouge #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130**<br><br>**Debtor owns 39% of OPHG Baton Rouge #1, LLC** | **Capital Contributions 2018: $413,861.82**<br>**Loan - 8/19/2019 -$40,000.00** | | |
| **The Vintage #1, LLC**<br>**425 E. 10th Street**<br>**Covington, LA 70433** | **Loan 2018 - $24,848.00** | | |

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Paul Michael McGoey**                                            Case number *(if known)*

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---:|
| Garrett M. McGoey | Lisa McGoey is a signer on children's account.  Money in accounts belongs to children. | Chase checking | $2,000.00 |
| Kendall M. McGoey | Lisa McGoey is a signer on children's account.  Money in accounts belongs to children. | Chase checking | $300.00 |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

| Debtor 1 | **Paul Michael McGoey** | Case number (*if known*) |
|---|---|---|

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **OnePack Hospitality Group LLC**<br>**425 E. 10th Ave**<br>**Covington, LA 70433** | **Hospitality Management and consulting company**<br>**50% Paul McGoey - 50% Bernard**<br><br>**John M. McMahon** | EIN:  **82-3601899**<br><br>From-To  **12/01/2017 - Present** |
| **NOCBC Metairie #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | **100% - Paul McGoey**<br>**Owns Legacy Kitchen - 749 Veterans**<br><br>**John M. McMahon** | EIN:  **45-4732639**<br><br>From-To  **05/28/2013 - Present** |
| **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | **98.5% Paul McGoey**<br>**1.5% Randy Fair**<br>**Owns Legacy Ktchen Steak and Chop - 91 Westbank Expy, Gretna**<br><br>**John M. McMahon** | EIN:  **81-2784965**<br><br>From-To  **11/10/2016 - Present** |
| **OPHG Baton Rouge 1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | **39% Paul McGoey - 61% OnePack Hospitality Group, LLC owns Provision on Perkins - 3535 Perkins Road, Suite 400, Baton Rouge, LA  70808**<br><br>**John M. McMahon** | EIN:  **83-1182059**<br><br>From-To  **09/6/2018 - Present** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

Debtor 1   **Paul Michael McGoey**                                                    Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **NOHSC Inc**<br>**3636 South I-10 Service Road West**<br>**Metairie, LA 70001** | **Sold June, 2019 - Restaurant**<br><br>**John M. McMahon** | EIN:<br><br>From-To   **11/01/2005  12/27/2018** |
| **Four Burgers LLC**<br>**3636 South I-10 Service Road West**<br>**Metairie, LA 70001** | **Sold June, 2019 - Restaurant**<br>**Management Company**<br><br>**John M. McMahon** | EIN:<br><br>From-To   **11/01/2005  12/27/2018** |
| **NOSHC IP, LLC**<br>**3636 South I-10 Service Road West**<br>**Metairie, LA 70001** | **Sold June, 2019 - Intellectual**<br>**Property Company**<br><br>**John M. McMahon** | EIN:<br><br>From-To   **11/01/2005  12/27/2018** |
| **NOHSC License LLC**<br>**3636 South I-10 Service Road West**<br>**Metairie, LA 70001** | **Sold June, 2019 - A licensing**<br>**Company**<br><br>**John M. McMahon** | EIN:<br><br>From-To   **11/01/2005  12/27/2018** |
| **NOHSC LLC**<br>**3636 South I-10 Service Road West**<br>**Metairie, LA 70001** | **Sold June, 2019 - Restaurant**<br>**Management Company**<br><br>**John M. McMahon** | EIN:<br><br>From-To   **11/01/2005  12/27/2018** |
| **McGoBros L.L.C.**<br>**909 Poydras Street**<br>**New Orleans, LA 70112** | **50% Paul McGoey - 50% Patrick**<br>**McGoey**<br>**Paul McGoey sold his 50% to**<br>**Patrick McGoey on August 8, 2018** | EIN:<br><br>From-To |
| **MCG Legacy 2, L.L.C.**<br>**425 East 10th Avenue**<br>**Covington, LA 70433** | **100% Paul McGoey**<br>**- owns 30% of Legacy NOLA #1,**<br>**LLC which owns Legacy**<br>**Kitchen's Craft Tavern, 700**<br>**Tchoupitoulas**<br>**- owns 10% of Legacy NOLA #2,**<br>**LLC which owns Legacy**<br>**Kitchen's Tacklebox, f/k/a Legacy**<br>**Kitchen Oyster Counter and Tap**<br>**Room,  817 Common Street, New**<br>**Orleans, LA 70130** | EIN:      47-2126940<br><br>From-To   **10/6/2014 - Present** |
| **Five Burgers, L.L.C.**<br>**3636 S I-10 Service Road West**<br>**Metaire, LA 70001** | **Sold June, 2019** | EIN:<br><br>From-To |
| **NOHSC Houma #1, LLC**<br>**6131 W. Park Ave.**<br>**Houma, LA 70363** | **Closed 2018** | EIN:      26-1542098<br><br>From-To |
| **NOHSC Laplace #1, LLC**<br>**1338 Airline Hwy**<br>**Laplace, LA 70068** | **Closed 2018** | EIN:      26-2425690<br><br>From-To |

Debtor 1    **Paul Michael McGoey**                                      Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **NOHSC Mandeville #1, LLC**<br>**3900 Hwy 22**<br>**Mandeville, LA 70471** | **Closed 2/2019** | EIN:    **26-2425839**<br><br>From-To |
| **NOHSC Harvey #1 LLC**<br>**2515B Manhatten Blvd.**<br>**Harvey, LA 70058** | **Sold June, 2019** | EIN:    **27-2624295**<br><br>From-To |
| **NOHSC Uptown #1, LLC**<br>**4141 St. Charles Ave.**<br>**New Orleans, LA 70115** | **Sold June, 2019** | EIN:    **27-3055024**<br><br>From-To |
| **NOCBC Veterans #2, LLC**<br>**3005 Veterans Hwy**<br>**Metairie, LA 70002** | **Closed 2017** | EIN:    **80-0915138**<br><br>From-To |
| **NOHSC Decatur #1, LLC**<br>**541 Street**<br>**New Orleans, LA 70130** | **Sold June, 2019** | EIN:    **45-4732842**<br><br>From-To |
| **NOHSC Slidell #2, LLC**<br>**1677 Gause Blvd**<br>**Slidell, LA 70458** | **Sold June, 2019** | EIN:    **35-2514254**<br><br>From-To |
| **NOHSC NO East #1, LLC**<br>**12000 I-10 Service Road**<br>**New Orleans, LA 70128** | **Sold June, 2019** | EIN:    **47-4480714**<br><br>From-To |
| **Legacy Mandeville #1, LLC**<br>**2891 Hwy 190**<br>**Mandeville, LA 70471** | **Sold November, 2017** | EIN:    **81-4568674**<br><br>From-To |
| **NOHSC Management, LLC**<br>**3636 S I-10 Service Road West**<br>**Metaire, LA 70001** | **Sold June, 2019** | EIN:    **26-3008207**<br><br>From-To |
| **NOHSC Gretna #1, LLC**<br>**3636 South I-10 Service Road West**<br>**Suite 300**<br>**Metairie, LA 70001** | **Oakwood New Orleans**<br>**Hamburger and Seafood location**<br>**Sold June, 2019** | EIN:<br><br>From-To   **11/02/2016 - Present** |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial
     institutions, creditors, or other parties.

☐  **No**
☒  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Gulf Coast Bank**<br>**200 St. Charles Avenue**<br>**New Orleans, LA 70130** | **6/28/2018** |
| **Hancock Whitney Bank**<br>**701 Poydras Street**<br>**New Orleans, LA 70139** | **06/5/2019**<br>**Provided business financials;**<br>**nothing personal** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor 1    **Paul Michael McGoey**

Case number (*if known*)

---

| **Part 12:** | Sign Below |

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Paul Michael McGoey**

**Paul Michael McGoey**
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    **October 15, 2019**

Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

| | |
|---|---|
| **Fill in this information to identify your case:** | |

| | |
|---|---|
| Debtor 1 | **Paul Michael McGoey** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **Audi Financial Services**<br><br>Description of property securing debt:   **2018 Audi A3 29,900 miles Vehicle: (Community Property)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name:   **Land Rover Financial Group**<br><br>Description of property securing debt:   **2014 Land Rover Range Rover 76,000 miles Vehicle: (Community Property)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Paul Michael McGoey** | Case number *(if known)* | |

| Lessor's name: | **Lakeside Imports Inc** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **Leased 2019 Toyota RAV 4 for Lisa McGoey** |

| Lessor's name: | **Lakeside Imports Inc** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **Leased 2019 Toyota Corolla for Paul McGoey** |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X | **/s/ Paul Michael McGoey** | | X | |
| | **Paul Michael McGoey** | | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | | |

| | Date | **October 15, 2019** | | Date | |

**Statement of Intention for Individuals Filing Under Chapter 7**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

---

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Paul Michael McGoey**
_____   Case No. _____
                          Debtor(s)            Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 12,000.00 |
    | Prior to the filing of this statement I have received | $ | 12,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed, through 341 Creditors Meeting.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, 2004 examinations, contested matters, and any other items not listed in item number 6 above.  This work will be handled on an hourly basis at the Derbes Law Firm's published rates.  No portion of this will be paid by the Estate.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 15, 2019** | **/s/ Wilbur J. "Bill" Babin, Jr.** |
| _Date_ | **Wilbur J. "Bill" Babin, Jr. 1214** |
| | _Signature of Attorney_ |
| | **The Derbes Law Firm, LLC** |
| | **3027 Ridgelake Drive** |
| | **Metairie, LA 70002** |
| | **(504) 837-1230   Fax: (504) 837-2214** |
| | _Name of law firm_ |

---

## United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Paul Michael McGoey** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **October 15, 2019** _____     **/s/ Paul Michael McGoey** _____

                                                                    **Paul Michael McGoey**
                                                                    Signature of Debtor

A and L Sales
111 Dr Bowen St
Belle Chasse, LA 70037

Alarm Protection Services
4440 Trenton Street
Metairie, LA 70006

All Temp Referigeration Services
271 La-1085
Madisonville, LA 70447

All Temp Refrigeration Services
271 La-1085
Madisonville, LA 70447

Alpine Acadian, LLC
3867 Plaza Tower Drive
First Floor
Baton Rouge, LA 70816

Alpine Acadian, LLC
Attn:  Robert Dozier
2999 Turtle Creek Blvd.
Dallas, TX 75219

Ambiance Radio
79 E. Daily Drive
Suite 263
Camarillo, CA 93010

American Audio Visual, LLC
3348 Drusilla
#5C
Baton Rouge, LA 70809

Artisan Wine
321 South Cypress Street
Hammond, LA 70403

Audi Financial Services
P.O. Box 7498
Libertyville, IL 60048-7498

Autochlor Services LLC
500 Dakin Street
Jefferson, LA 70121


Balloon Mania of La
1130 South Range Avenue
Suite A
Denham Springs, LA 70726


Baton Rouge Shrimp & Oyster Co.
1902 Beaumont Drive
Baton Rouge, LA 70806


Baton Rouge Water Company
8755 Goodwood Blvd
Baton Rouge, LA 70806


Bernard C. Stolberg
5600 Evelyn Court
New Orleans, LA 70124


Billy Heromans Sherwood
10812 North Harrells Ferry Road
Baton Rouge, LA 70816


Brinks Inc
901 Labarre Road
#103
Metairie, LA 70001


Brinks Inc.
901 Labarre Road
#103
Metairie, LA 70001


Capital City Produce
16550 Commercial Ave
Baton Rouge, LA 70806


Carbons Golden Malted
4101 William Richardson Drive
South Bend, IN 46628

Cintas
625 Elmwood Park Blvd.
New Orleans, LA 70123


Citi
Costco Wholesale
Post Office Box 6749
Sioux Falls, SD 57117-6749


Climate Controlled Self Storage
3147 College Drive
Baton Rouge, LA 70808


Coca Cola Bottling Company
5601 Citrus Blvd
Harahan, LA 70123


Coca-Cola Bottling Company
5601 Citrus Blvd
New Orleans, LA 70123


Commerce Master Tenant, LLC
643 Magazine Street, Suite 306
New Orleans, LA 70130


Community Coffee
3332 Partridge Lane
Building A
Baton Rouge, LA 70809


Crescent City Candle
1010 Common Street
New Orleans, LA 70112


Crescent City Electronics
10567 Airline Highway
St. Rose, LA 70087


Crescent Crown Dist
5900 Almonaster Avenue
New Orleans, LA 70126


Crescent Crown Dist.LLC
5900 Almonaster Avenue
New Orleans, LA 70126

Custom Apparel
2617 Edenborn Avenue
Metairie, LA 70002


Daniel Becket Becnel
4425 W. Airline Hgwy
Suite B
Laplace, LA 70068


Debra Dunn
1025 Race Street
New Orleans, LA 70130


Direct TV
P.O. Box 105249
Atlanta, GA 30348-5249


DP1 Design
141 Robert E. Lee Blvd.
#244
New Orleans, LA 70124


Entergy
P.O. Box 8108
Baton Rouge, LA 70891-8108


Fire & Safety Commodities
245 Woodland Drive
Laplace, LA 70068


Fire & Safety Commodities
922 Industry Road
Kenner, LA 70062


Gary Solomon
5400 Bancroft Dr.
New Orleans, LA 70112


GBP Direct
133 East third Street
Westwego, LA 70062


Glazer's Companies of LA
111 Riverbend Drive
St. Rose, LA 70087

Glazers Companies of LA
111 Riverbend Drive
St. Rose, LA 70087


Gulf Coast Bank
Attn: Michael Carter
200 St. Charles Avenue
New Orleans, LA 70130


Gulf Coast Blenders
7801 Townsend Place
New Orleans, LA 70126


Hamco New Orleans
280 Hord Street
New Orleans, LA 70123


HM Hotel Owner, LLC
700 Tchoupitoulas St.
New Orleans, LA 70130


Inland Seafood Corp
2527 Perdido Street
New Orleans, LA 70119


Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346


Investar Bank
7244 Perkins Rd.
Baton Rouge, LA 70884


J and J Exterminating
416 Commerce Point
New Orleans, LA 70123


J&J Exterminating
6313 Equity Drive
Baton Rouge, LA 70809

Jerome Roppolo
3121 Magazine Street
Apartment C
New Orleans, LA 70115


John D. Georges
701 Edwards Street
New Orleans, LA 70123


Key Vintage Deskjob Investors, LLC
Attn: Anthony J. Iarocci
643 Magazine Street, Suite 306
New Orleans, LA 70130


Kleinpeter Farms Dairy
14444 Airline Highway
Baton Rouge, LA 70801


Kyle Brechtel
930 Poydras St.
Suite 1905
New Orleans, LA 70112


Kyle Crochet
610 S. Peters Street
Suite 305
New Orleans, LA 70130


Lake Charles PC, LP
Attn: T. McAlister
909 Poydras St.
Suite 2800
New Orleans, LA 70112


Lakeside Imports Inc
3701 N. Causeway Blvd.
Metairie, LA 70002


Land Rover Financial Group
P.O. Box 78069
Phoenix, AZ 85062-8069


Legacy Gretna #1 LLC
900 Camp Street
#359
New Orleans, LA 70130

Legacy Gretna #1, LLC
900 Camp Street
#359
New Orleans, LA 70130


Leidenheimer Bread Co.
1501 Simon Bolivar
New Orleans, LA 70113


Leidenheimers Bread Co.
1501 Simon Bolivar
New Orleans, LA 70113


Level 3 Communications, LLC
1515 Poydras Street
New Orleans, LA 70112


Liskow and Lewis
Attn:  Leon Reymond III
701 Poydras Street, Suite 5000
New Orleans, LA 70139


Loop Linen
463 Avenue A
Westwego, LA 70094


Louisiana Department of Revenue
P O Box 4969
Baton Rouge, LA 70821


Louisiana Fresh Produce
1001 South Dupree Street
New Orleans, LA 70125


Maurices Bakery
3501 Hessmer Avenue
Metairie, LA 70002


MCG Legacy 2, LLC
425 East 10th Ave.
Covington, LA 70433


Mockler Beverage Company
11811 Reiger Road
Baton Rouge, LA 70809

New Orleans Fish House
921 South Dupre Street
New Orleans, LA 70125


NOCBC Metairie #1, LLC
900 Camp Street
#359
New Orleans, LA 70130


Omer Rick Keubel
601 Poydras St.
Suite 2660
New Orleans, LA 70130


One Pack HG Management, LLC
900 Camp Street
New Orleans, LA 70130


One Pack Hospitality Group, LLC
900 Camp Street
New Orleans, LA 70130


OPHG Baton Rouge #1, LLC
900 Camp Street
#359
New Orleans, LA 70130


OPHG Management LLC
900 Camp Street
New Orleans, LA 70130


PM Hotel Owner, LLC
817 Common Street
New Orleans, LA 70112


PNC Bank
PO Box 1820
Dayton, OH 45401-1820


Pontchartrain Systems
1901 Jefferson Highway
New Orleans, LA 70121

Printing Tech of Baton Rouge INc.
11930 South Harrells Ferry Road
Baton Rouge, LA 70816


Pro Shine Window Cleaning
2817 Villa Drive
Marrero, LA 70072


Purveyor of Fine Wines LTd.
1040 Magazine Street
New Orleans, LA 70130


Randy Fair
611 Evans Loop
Mansfield, LA 71052


Reinhart Foodservice, LLC
918 Edwards Avenue
Harahan, LA 70123


Republic National Distributing Company
809 Jefferson Highway
New Orleans, LA 70121


Samson Business Products
2237 North Hullen Street
Metairie, LA 70001


Samson Business Products INc.
2237 North Hullen Street
Metairie, LA 70001


SBC Restaurants, LLC
610 S. Peters Street
Suite 305
New Orleans, LA 70130


Scariano Brothers, LLC
201 St. Charles Ave, Suite 4600
New Orleans, LA 70170


Scariano Brothers, LLC
11052 Scariano Lane
Hammond, LA 70403

Selective Insurance Co of America
40 Wantage Avenue
Branchville, NJ 07890


Sherwin Williams
4469 Perkins Road
Baton Rouge, LA 70808


Southwest Chase Visa
PO Box 15123
Wilmington, DE 19850-5123


State Cleaning Solutions
P.O. Box 844284
Boston, MA 02284-4284


Tax Collector/Sheriff
Parish of St. Tammany
701 N. Columbia Street
Covington, LA 70434


Think IT Solutions
651 Leson Court
Harvey, LA 70058


Todd Trosclair
1208 Bert Street
New Orleans, LA 70123


TripleSeat Software
50 Beharrell Street
Concord, MA 01742


Tyler's Pride Produce
8 West Union Street
Kenner, LA 70062


Tylers Pride Produce
8 West Union Street
Kenner, LA 70062


USAA Visa
10750 McDermott FWY
San Antonio, TX 78288-0570

```
Wilshire Plaza Investors, LLC
3867 Plaza Tower Dr.
Baton Rouge, LA 70816


Wilshire Plaza Investors, LLC
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808
```