**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Paul Michael McGoey** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

  ☐ No
  ■ Yes.

  In which community state or territory did you live?   **-NONE-**   . Fill in the name and current address of that person.

  _____
  Name of your spouse, former spouse, or legal equivalent
  Number, Street, City, State & Zip Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Daniel Becket Becnel**<br>**4425 W. Airline Hgwy**<br>**Suite B**<br>**Laplace, LA 70068** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.80**<br>☐ Schedule G _____<br>**Omer Rick Keubel** |
| 3.2 **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.19**<br>☐ Schedule G _____<br>**Brinks Inc.** |

Debtor 1 **Paul Michael McGoey**      Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.21**__<br>☐ Schedule G _____<br>**Carbons Golden Malted** |
| 3.4 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.95**__<br>☐ Schedule G _____<br>**Reinhart Foodservice, LLC** |
| 3.5 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**Crescent Crown Dist** |
| 3.6 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.41**__<br>☐ Schedule G _____<br>**DP1 Design** |
| 3.7 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.43**__<br>☐ Schedule G _____<br>**Fire & Safety Commodities** |
| 3.8 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.53**__<br>☐ Schedule G _____<br>**Gulf Coast Blenders** |
| 3.9 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.68**__<br>☐ Schedule G _____<br>**Leidenheimers Bread Co.** |

Debtor 1  **Paul Michael McGoey**  Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.10 | **Legacy Gretna #1 LLC** 900 Camp Street #359 New Orleans, LA 70130 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.72__ ☐ Schedule G _____ **Loop Linen** |
| 3.11 | **Legacy Gretna #1 LLC** 900 Camp Street #359 New Orleans, LA 70130 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.75__ ☐ Schedule G _____ **Maurices Bakery** |
| 3.12 | **Legacy Gretna #1 LLC** 900 Camp Street #359 New Orleans, LA 70130 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.77__ ☐ Schedule G _____ **New Orleans Fish House** |
| 3.13 | **Legacy Gretna #1 LLC** 900 Camp Street #359 New Orleans, LA 70130 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.90__ ☐ Schedule G _____ **Pro Shine Window Cleaning** |
| 3.14 | **Legacy Gretna #1 LLC** 900 Camp Street #359 New Orleans, LA 70130 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.98__ ☐ Schedule G _____ **Republic National Distributing Company** |
| 3.15 | **Legacy Gretna #1 LLC** 900 Camp Street #359 New Orleans, LA 70130 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.100__ ☐ Schedule G _____ **Samson Business Products** |
| 3.16 | **Legacy Gretna #1 LLC** 900 Camp Street #359 New Orleans, LA 70130 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.112__ ☐ Schedule G _____ **Tyler's Pride Produce** |

Debtor 1  **Paul Michael McGoey**  Case number *(if known)*

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.17 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Alarm Protection Services** |
| 3.18 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Coca Cola Bottling Company** |
| 3.19 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Glazer's Companies of LA** |
| 3.20 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**New Orleans Fish House** |
| 3.21 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**One Pack Hospitality Group, LLC** |
| 3.22 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**One Pack HG Management, LLC** |
| 3.23 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>**State Cleaning Solutions** |

Debtor 1   **Paul Michael McGoey**                                    Case number *(if known)*

|  | **Additional Page to List More Codebtors** | |
|---|---|---|
|  | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.24 | **Legacy Gretna #1 LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G _____<br>**All Temp Refrigeration Services** |
| 3.25 | **Legacy Gretna #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Cintas** |
| 3.26 | **MCG Legacy 2, LLC**<br>**425 East 10th Ave.**<br>**Covington, LA 70433** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.50**__<br>☐ Schedule G _____<br>**Gulf Coast Bank** |
| 3.27 | **MCG Legacy 2, LLC**<br>**425 East 10th Ave.**<br>**Covington, LA 70433** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.51**__<br>☐ Schedule G _____<br>**Gulf Coast Bank** |
| 3.28 | **MCG Legacy 2, LLC**<br>**425 East 10th Ave.**<br>**Covington, LA 70433** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.52**__<br>☐ Schedule G _____<br>**Gulf Coast Bank** |
| 3.29 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**Alarm Protection Services** |
| 3.30 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.37**__<br>☐ Schedule G _____<br>**Custom Apparel** |
| 3.31 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**A and L Sales** |

Debtor 1   **Paul Michael McGoey**                                          Case number *(if known)*

|  | **Additional Page to List More Codebtors** | |
|---|---|---|
|  | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.32 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.5**__<br>☐ Schedule G _____<br>**All Temp Referigeration Services** |
| 3.33 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.9**__<br>☐ Schedule G _____<br>**Ambiance Radio** |
| 3.34 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**Brinks Inc** |
| 3.35 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.22**__<br>☐ Schedule G _____<br>**Carbons Golden Malted** |
| 3.36 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Crescent City Candle** |
| 3.37 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Cintas** |
| 3.38 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.96**__<br>☐ Schedule G _____<br>**Reinhart Foodservice, LLC** |

Debtor 1 **Paul Michael McGoey**     Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.39 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.44**__<br>☐ Schedule G _____<br>**Fire & Safety Commodities** |
| 3.40 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.54**__<br>☐ Schedule G _____<br>**Gulf Coast Blenders** |
| 3.41 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.49**__<br>☐ Schedule G _____<br>**Glazers Companies of LA** |
| 3.42 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.55**__<br>☐ Schedule G _____<br>**Hamco New Orleans** |
| 3.43 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.58**__<br>☐ Schedule G _____<br>**J and J Exterminating** |
| 3.44 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.67**__<br>☐ Schedule G _____<br>**Leidenheimer Bread Co.** |
| 3.45 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.73**__<br>☐ Schedule G _____<br>**Loop Linen** |

Debtor 1  **Paul Michael McGoey**  Case number *(if known)*

☐ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.46 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>**New Orleans Fish House** |
| 3.47 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>**One Pack Hospitality Group, LLC** |
| 3.48 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>**One Pack HG Management, LLC** |
| 3.49 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**Pontchartrain Systems** |
| 3.50 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**Pro Shine Window Cleaning** |
| 3.51 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>**Republic National Distributing Company** |
| 3.52 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.101__<br>☐ Schedule G _____<br>**Samson Business Products** |

Debtor 1  **Paul Michael McGoey**                                                Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.53 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.113__<br>☐ Schedule G _____<br>**Tylers Pride Produce** |
| 3.54 | **NOCBC Metairie #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.108__<br>☐ Schedule G _____<br>**State Cleaning Solutions** |
| 3.55 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.71__<br>☐ Schedule G _____<br>**Loop Linen** |
| 3.56 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.74__<br>☐ Schedule G _____<br>**Louisiana Fresh Produce** |
| 3.57 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Mockler Beverage Company** |
| 3.58 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>**One Pack Hospitality Group, LLC** |
| 3.59 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**OPHG Management LLC** |

| Debtor 1 | **Paul Michael McGoey** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.60 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.89**__<br>☐ Schedule G _____<br>**Printing Tech of Baton Rouge INc.** |
| 3.61 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.92**__<br>☐ Schedule G _____<br>**Purveyor of Fine Wines LTd.** |
| 3.62 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.97**__<br>☐ Schedule G _____<br>**Republic National Distributing Company** |
| 3.63 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.102**__<br>☐ Schedule G _____<br>**Samson Business Products INc.** |
| 3.64 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.102**__<br>☐ Schedule G _____<br>**Samson Business Products INc.** |
| 3.65 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Climate Controlled Self Storage** |
| 3.66 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Climate Controlled Self Storage** |

Debtor 1   **Paul Michael McGoey**　　　　　　　　　　　　　　　　Case number *(if known)*

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.67 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.105**__<br>☐ Schedule G _____<br>**Sherwin Williams** |
| 3.68 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**Baton Rouge Shrimp & Oyster Co.** |
| 3.69 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.109**__<br>☐ Schedule G _____<br>**Think IT Solutions** |
| 3.70 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Artisan Wine** |
| 3.71 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.63**__<br>☐ Schedule G _____<br>**Kleinpeter Farms Dairy** |
| 3.72 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.59**__<br>☐ Schedule G _____<br>**J&J Exterminating** |
| 3.73 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.57**__<br>☐ Schedule G _____<br>**Inland Seafood Corp** |

Debtor 1  **Paul Michael McGoey**  Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
| 3.74 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Glazers Companies of LA** |
| 3.75 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Billy Heromans Sherwood** |
| 3.76 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Entergy** |
| 3.77 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Direct TV** |
| 3.78 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Custom Apparel** |
| 3.79 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Crescent City Electronics** |
| 3.80 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Crescent Crown Dist.LLC** |

Debtor 1  **Paul Michael McGoey**               Case number *(if known)*

■ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.81 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.94**__<br>☐ Schedule G _____<br>**Reinhart Foodservice, LLC** |
| 3.82 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.13**__<br>☐ Schedule G _____<br>**Balloon Mania of La** |
| 3.83 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**Community Coffee** |
| 3.84 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.69**__<br>☐ Schedule G _____<br>**Level 3 Communications, LLC** |
| 3.85 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.31**__<br>☐ Schedule G _____<br>**Crescent City Candle** |
| 3.86 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.20**__<br>☐ Schedule G _____<br>**Capital City Produce** |
| 3.87 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Baton Rouge Water Company** |

Debtor 1  **Paul Michael McGoey**  Case number *(if known)*

■ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.88 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**American Audio Visual, LLC** |
| 3.89 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Autochlor Services LLC** |
| 3.90 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**All Temp Refrigeration Services** |
| 3.91 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Alarm Protection Services** |
| 3.92 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**GBP Direct** |
| 3.93 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>**Selective Insurance Co of America** |
| 3.94 | **OPHG Baton Rouge #1, LLC**<br>**900 Camp Street**<br>**#359**<br>**New Orleans, LA 70130** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.111__<br>☐ Schedule G _____<br>**TripleSeat Software** |